IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN WILLIAMS, | ) |
| Plaintiff, | ) Civil Action No. 19-101J |
| | ) Magistrate Judge Maureen P. Kelly |
| v. | ) |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, QUEHANNA BOOT CAMP, STEVE GODFREY, TERRI SOMERS, *SIP Program Administrator*, DEBORAH CUTSHALL, HEARING EXAMINEZ NUNEZ, and CORRECT CARE SOLUTIONS, LLC. | ) |
| Defendants. | ) |

## HEARING MEMO

HEARING HELD:  Telephone Status Conference
DATE HEARING HELD:  December 20, 2021
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:                                   Appearing for Defendant:
Lewis J. Kroeck, IV, Esquire                        Justin Gayle, Esquire

Hearing began at 9:00 a.m.                         Hearing concluded at 9:20 a.m.

Stenographer:  Jane Proud

OUTCOME:

1.     Reviewed chronology of case.   Summary judgment motions have been ruled on. Case is ready to schedule for trial.

2.     Briefly addressed pending motion for reconsideration and deadline for responses, if any.

3.     Discussed return to mediation.  Counsel will discuss with their clients and meet and confer.

4.     Case will be tentatively scheduled for trial the week of May 16, 2022.  Jury selection to take place on May 11, 2022.  Counsel estimate two days for each side to present.

5. Noted the Johnstown designation of this case and the practicality of trying this case in Pittsburgh.

6. Telephone status conference scheduled for Tuesday, January 18, 2022 at 9:00 a.m. Purpose of the conference is to discuss mediation, trial location and review final pretrial schedule for May trial date.