IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN WILLIAMS, | } No. 3:19-cv-00101-MPK |
| Plaintiff, | } Magistrate Judge Kelly |
| vs. | } |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS; QUEHANNA BOOT CAMP; TERRI SOMERS, *SIP Program Adminstrator*; DEBORAH CUTSHALL; HEARING EXAMINER NUNEZ and CORRECT CARE SOLUTIONS, LLC, | } *Electronically Filed.* |
| Defendants. | |

## NOTICE REGARDING RESPONSE IN OPPOSITION TO MOTION FOR RECONSIDERATION

AND NOW, come the Corrections Defendants, by and through their undersigned counsel, and state as follows:

1. Pursuant to ECF 93, the parties are to file responses in opposition to Plaintiff's Motion for Reconsideration (ECF 92) on or before January 5, 2022.

2. Upon review of the Motion for Reconsideration, the Corrections Defendants will not be filing a response in opposition.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

*/s/ Sarah J. Simkin*
SARAH J. SIMKIN
Deputy Attorney General
PA ID 320646

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within *NOTICE REGARDING RESPONSE IN OPPOSITION TO MOTION FOR RECONSIDERATION* was served upon all parties of record via ECF.

By: */s/ Sarah J. Simkin*
SARAH J. SIMKIN
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date: January 4, 2022